**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 7, 2013

Mr. William J. Cole
Ohio Attorney General
30 E. Broad Street
26th Floor
Columbus, OH 43215

Mr. Curt C. Hartman
Law Offices
3478 Fox Point Court
Amelia, OH 45102

Mr. Maurice A. Thompson
1851 Center for Constitutional Law
208 E. State Street
Columbus, OH 43215

          Re:  Case No. 13-3012, *Liberty Coins, LLC, et al v. David Goodman, et al*
                Originating Case No. : 2:12-cv-00998

Dear Counsel:

      This appeal has been docketed as case number **13-3012** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. The filing fee must also be paid to the district court immediately if it was not paid when the notice of appeal was filed.

      Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

      At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **January 22, 2013**.

Appellant:   Appearance of Counsel
Civil Appeal Statement of Parties & Issues
Transcript Order
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

Appellee:   Appearance of Counsel
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

    More specific instructions are printed on each form.  If appellant's initial forms are not timely filed, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Jeanine R. Hance
Case Manager
Direct Dial No. 513-564-7037

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 13-3012

LIBERTY COINS, LLC; JOHN MICHAEL TOMASO

        Plaintiffs - Appellees

v.

DAVID GOODMAN, in his official capacity as Director, Ohio Department of Commerce; AMANDA MCCARTNEY, in her offical capacity as Consumer Finance Attorney of Division of Financial Institutions, Ohio Department of Commerce

        Defendants - Appellants