UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit
Case No.: __13-3012__

Case Name: __Liberty Coins, LLC, et al.__ vs. __Goodman, et al.__

Client's or
Clients' Name(s): (List all clients on this form, do not file a separate appearance form for each client.)

> Pacific Legal Foundation and Leslie Young

- ☐ Appellant
- ☐ Petitioner
- ☑ Amicus Curiae
- ☐ Criminal Justice Act (Appointed)
- ☐ Appellee
- ☐ Respondent
- ☐ Intervenor

Lead counsel must be designated if a party is represented by more than one attorney or law firm. Check if you are lead counsel. ☑

Name: __Timothy Sandefur__    Admitted: __April 8, 2013__
(Sixth Circuit admission date only)

Signature: __[signature]__

Firm Name: __Pacific Legal Foundation__

Business Address: __930 G Street__

Suite: _____   City/State/Zip: __Sacramento, CA 95814__

Telephone Number (Area Code): __(916) 419-7111__

Email Address: __tsandefur@pacificlegal.org__

---

**CERTIFICATE OF SERVICE**

I certify that on __April 29, 2013__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ __Timothy Sandefur__

---

6ca-68
6/12